UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SETH RAMSEY,

        Plaintiff,                      CASE NO.: _____

MYDATT SERVICES, INC., d/b/a,
VALOR SECURITY SERVICES,

        Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant, MYDATT SERVICES, INC., d/b/a, VALOR SECURITY SERVICES, pursuant to 28 U.S.C §§ 1331, 1441, and 1446, by and through its undersigned counsel, hereby files its notice of removal in this action from the Circuit Court in and for the Second Judicial Circuit, Leon County, Florida, where it is now pending, to the United States District Court, Northern District of Florida, Tallahassee Division.  As grounds for removal, based on federal question, Defendant states as follows:

1.    On or about September 1, 2015, Plaintiff commenced an action against Defendant in the Circuit Court in and for the Second Judicial Circuit, Leon County, Florida, case styled *Seth Ramsey v. Mydatt Services, Inc., d/b/a Valor Security Services*, Case No. 15-CA-2077.  On or about September 2, 2015, Plaintiff filed an Amended Complaint.

2.    Defendant's registered agent received service of process of the Amended Complaint on September 21, 2015 (hereinafter referred to as "Complaint").  Pursuant to

28 U.S.C § 1446(b), Defendant is timely filing this Notice within thirty (30) days after service upon it.

3. In this three-count Complaint, Plaintiff has alleged claims under the Americans with Disabilities Act ("ADA"), 38 U.S.C. §12101 *et seq.*, (Counts I and II) and the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4301 (Count III). Specifically, Plaintiff claims (1) that he was discriminated against on the basis of his actual or perceived disability and was denied a reasonable accommodation; (2) that he was retaliated against after reporting unlawful employment practices; and (3) that he was discriminated and retaliated against for his service in the National Guard. Therefore, this Court has original federal question jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1210 and 28 U.S.C. § 1331.

4. Under 28 U.S.C. §§ 1441(a), venue of the removed action is proper in this Court as this is the district and division embracing the place where the State Court Action is pending.

5. Pursuant to the provisions of 28 U.S.C. § 1446(a), a copy of the pleadings, processes and orders that have been served upon Defendant, as well as the original complaint filed on September 1, 2015 but not served on Defendant, are attached hereto as *Exhibit A.* No further proceedings have occurred in the State Court.

6. A true copy of this Notice of Removal is being filed with the Clerk of Court for the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, as required by law. *See Exhibit B.*

7. Written notice of this Notice of Removal to Federal Court is being provided to Plaintiff herewith, as provided in 28 U.S.C. § 1446(d). *Exhibit B.*

WHEREFORE, Defendant respectfully submits this Notice of Removal to remove this action from the Circuit Court in and for the Second Judicial Circuit, Leon County, State of Florida, to the United States District Court, Northern District of Florida, Tallahassee Division.

Respectfully submitted,

/s/ Gretchen M. Lehman
Gretchen M. Lehman, Esq.
FL Bar No.: 0046365
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL  33602
Telephone:  813.289.1247
Facsimile:  813.289.6530
E-mail: gretchen.lehman@ogletreedeakins.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2015, a true and correct copy of the foregoing was served via U.S. First Class mail, postage paid and electronic mail to:

Marie A. Mattox
Marie A. Mattox, P.A.
310 East Bradford Road
Tallahassee, FL 32303
marie@mattoxlaw.com

/s/ Gretchen M. Lehman
Gretchen M. Lehman, Esquire

3